# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-24578-Martinez/Goodman

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 14-CV-24578-Martinez/Goodman

George Percival Franklin
(Write the full name of the plaintiff)

vs.

Ryder Trauma Center
Dr. EDWARD B. LINEEN
et al.

(Write the full name of the defendant/s in this case)

FILED by MDF D.C.
DEC 03 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: George Percival Franklin
   Address: 11452 Peachtree Drive Miami FL, 33176
   Inmate/Prison No.: N/A
   Year of Birth: 1984  (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Dr. EDWARD B. LINEEN   Defendant: Jackson Health Ctr.
   Official Position: Physician   Official Position: Physician's employer
   Place of Employment: Jackson Mem. Hosp.   Place of Employment: 

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(See attachment)

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I seek one point five million from Ryder Trauma Center in compensatory damages and five hundred thousand ($500,000.) in punitive damages. One point five million from Dr. Lineen in compensatory damages and five hundred thousand ($500,000.) in punitive damages. Regarding neglect and permanent disfigurement.

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?  ✓ Yes  ____ No

Signed this __2nd__ day of __December__, 20__14__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __12/2/2014__

_____
Signature of Plaintiff

## STATEMENT OF FACTS

On or about 12/12/2012 I was admitted and treated at Ryder Trauma Center, for a gunshot wound to the right forearm. I was examined, treated and discharged by Dr. Edward Lineen, M.D. and was told by him that I did not sustain any nerve damage or damage to tendons and I would make a full recovery. He also stated my nerves were still intact. He then signed my discharge/release papers and I was released.

Weeks later after my release the fourth and fifth digits began to take on a claw like position and loss of ability to extend them fully.

On 2/27/2013 I saw a hand specialist Alexander Krawiecki, MD at the South Florida Surgery and hand care, who immediately explained these symptoms are the result of Ulnar nerve damage. An EMG was conducted on 4/30/2013 and the results netted interruptions to the Ulnar and Median nerves.

On 11/8/2013 an independent medical Exam revealed a 10% disability rating. Due to the neglect and misdiagnosis at Ryder Trauma by Dr. Lineen I have and continue to suffer irreversible and permanent deformities.

Had I been properly examined and diagnosed by Dr. Lineen my injuries would have been early detected and properly treated whereby I would not be subject to this permanent disability.



George Franklin
1145a Peachtree Drive Apt. C
Miami FL, 33161

To:
Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Ave, 8N09
Miami, FL 33128-7716

7014 0510 0000 7729 6560